# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D23-2283
LT Case No. 2023-CA-002294

———————————————————

TAUG WALKER,

    Appellant,

    v.

PEYTON C. GRINNELL, as Sheriff
of Lake County, Florida,

    Appellee.

———————————————————

On appeal from the Circuit Court for Lake County.
Heidi Davis, Judge.

Taug Walker, Tavares, Appellant.

No Appearance for Appellee.


January 19, 2024


PER CURIAM.

AFFIRMED without prejudice to Appellant's right to seek habeas corpus relief upon disposition of violation of probation proceedings if failure to correct conviction would constitute manifest injustice.

MAKAR, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____